# APRIL 7, 1943

LORENZO BUENO V. THE STATE.

No. 22473. Delivered April 7, 1943.

The opinion states the case.

*Oliver W. Johnson*, of San Antonio, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was charged with misdemeanor theft, and upon a trial before the county judge, he was found guilty and assessed a fine of $10.00 and five days in jail.

There are no bills of exceptions found in the record. There are present sufficient facts upon which a judgment of conviction could be based.

No error being apparent, the judgment is affirmed.